## LIMB, Treasurer, etc v CORNELL, et

Ohio Appeals, 9th Dist, Wayne Co
No 863. Decided May 16, 1930

Marion F. Graven, Prosecuting Attorney, Wooster, for Limb.
L. D. Cornell, Shreve, for Cornell, et.

Funk, PJ., Pardee, J., and Washburn, J., concur.

## INDUSTRIAL COMMISSION v WALTON

Ohio Appeals, 9th Dist, Wayne Co
No 869. Decided April 29, 1930